IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kathleen Counts

   Plaintiff(s)

vs.

Trader Publishing Company

   Defendant(s)

Civil Action No. S-00-3155

\_\_\_ FEE PAID

\_\_\_ FEE NOT PAID

JAN 25 2001

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Elizabeth Torphy-Donzella__ Esquire a member of the Bar of this court, moves the admission of __Timothy M. McConville__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Defendant__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Virginia__

and/or the following United States Court(s): __United States District Court for the Eastern District of Virginia, United States District Court for the Western District of Virginia, and the United States Court of Appeals for the Fourth, Fifth and Sixth Circuits.__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __The proposed admittee has never been disbarred, suspended, or denied admission to practice.__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

Revised 6//98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or Elizabeth Torphy-Donzella _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| Signature  Elizabeth Torphy-Donzella | Signature  Timothy M. McConville |
| Shawe & Rosenthal, LLP | Willcox & Savage |
| Sun Life Building | 1800 Bank of America Center |
| Address | Address |
| 20 S. Charles St., 11th Fl. | One Commercial Place |
| Baltimore, MD 21201 | Norfolk, VA 23510 |
| (410) 752-1040 | (757) 628-5500 |
| Office phone number | Office phone number |
| (410) 752-8861 | (757) 628-5566 |
| Fax number | Fax number |
| 10809 | |
| Md. U. S. District Court Number | |

**ORDER**

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

__1/29/01__                             _____
Dated                                    Judge, U. S. District Court